IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cv359

| | |
|---|---|
| **SHIRLEY EDWARDS, as Personal Representative of the Estate of Sammie Dewey Edwards, Deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| Vs. ) ) | **ORDER** |
| **MEDTRONIC, INC.,** ) ) | |
| **Defendant.** ) ) | |
| _____ ) | |

**THIS MATTER** is before the court on the consent Motion to Stay All Proceedings based on the December 7, 2005, Transfer Order. Having considered the consent motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion to Stay All Proceedings based on the December 7, 2005, Transfer Order (#6) is **GRANTED,** and this matter and all proceedings and obligations in this court are **STAYED** pending transfer of this matter to the Mutidistrict Litigation proceeding.

Signed: March 17, 2006

_____
Dennis L. Howell
United States Magistrate Judge